UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10227 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00562-EJG-6 |
| v. | |
| JOSE ANTONIO OJEDA CABADA, | ORDER |
| Defendant - Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10262 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00562-EJG-9 |
| v. | |
| JOSE GONZALEZ ARIAS, AKA Cesar Castro Favela, | |
| Defendant - Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10328 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00562-EJG-12 |
| v. | |
| JESUS ALFONZO BARRAZA BARRAZA, | |
| Defendant - Appellant. | |

Before: NOONAN and IKUTA, Circuit Judges, and DANIEL, Senior District Judge.[*]

The panel votes to deny the petition for rehearing in *United States v. Barraza Barraza.* Judge Ikuta votes to deny petitions for rehearing en banc in *United States v. Cabada* and *United States v. Barraza Barraza.* Judge Noonan and Judge Daniel recommend denying the petitions for rehearing en banc.

The full court has been advised of the petitions for rehearing en banc, and no judge of the court has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

Appellant Cabada's Petition for Rehearing En Banc is **DENIED**.

Appellant Barraza Barraza's Petition for Rehearing and Petition for Rehearing En Banc is **DENIED**.

---

[*] The Honorable Wiley Y. Daniel, Senior District Judge for the U.S. District Court for Colorado, sitting by designation.

Gonzalez Arias's Petition for Rehearing is **GRANTED**.

The memorandum disposition filed on November 26, 2014 is amended as follows:  On page 6, lines 9-10, "and the sentencing guideline range of 188 to 235 months" is stricken.

No further petitions for rehearing and for rehearing en banc shall be entertained.